

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 FEB 16  PM 3: 35

DEPUTY CLERK

1  Bryan W. Wilder
2  1317 Cedar Hill Avenue
   Dallas, Texas 75208
3  Tel. 214-505-6938
   bryan@fruitsource.net

ORIGINAL

4

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

5

6

7

8  Bryan W. Wilder

9            Plaintiff,
   v.

10

11 Ogden Ragland Mortgage;
   Mortgage Electronic Registration Systems, Inc.;
12 JPMorgan Chase Bank, N.A.;
   Caliber Home Loans, Inc.;
13 Federal Home Loan Mortgage Corporation
   /a/k/a Freddie Mac;
14 Connie J. Vandergriff;

15 DOES 1-100
            Defendants

16

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.: 3:15-cv-04013-N-BF**

**PLAINTIFF AFFIDAVIT IN SUPPORT OF OPPOSITION TO DEFENDANTS' CALIBER HOME LOANS, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION MOTION TO DISMISS**

17 STATE OF TEXAS          )
                          ) ss.:
18 COUNTY OF DALLAS        )

19                    **AFFIDAVIT**

20

21     Bryan W. Wilder of full age and are qualified to make this affidavit which is based on my

22 personal knowledge.

23     1.     I am the Plaintiff in the above caption matter.

24     2.     No loan received. As per my personal recollection, I state that I was not the

25 recipient of any loan proceeds or loan disbursement in any form and, in spite of an intense search

26

**Exhibit A**

of all pertinent records, I was not able to find any loan disbursement instructions or loan disbursement confirmation or receipt of said loan in any form whatsoever. In light of the lack of evidence that a loan was received, in spite of the fact that the NOTE asserts that I had already received a loan as of the date the NOTE was signed, I had not, in fact, received said loan in any form.

3.    NOTE is not evidence of a loan. I conclude that since the above-described NOTE states that the referenced loan was an event that allegedly had already occurred at some unspecified date in the past, prior to the date the above-described NOTE was signed, the above-described NOTE cannot be relied upon as evidence that "a loan" was, in fact, received, especially since the above-described NOTE merely asserts that a loan "was received" by me, but provides no evidence that a loan disbursement ever occurred from the alleged "Lender" to me.

4.    The alleged "Lender" created and promulgated false assumptions and misrepresentations. I conclude that, as of the date the NOTE was signed, along with other "mortgage" documents, including the accompanying security instrument, I was deceived into believing the following false assumptions and misrepresentations:

    a.  A loan was being provided to me by a "lender",

    b.  Said loan had been provided to me after the NOTE was signed,

    c.  The NOTE would not be used for any purpose other than executing and commemorating a loan agreement.

    d.  The was given by me to the alleged "Lender" for safe-keeping and would be returned upon completion of all payments.

5.    As a result of many hours of research and careful examination of what documentation is in my possession, I conclude the following:

    a.  A loan had *not* been provided to me and had not been received by me as of the date the NOTE was signed,

**Exhibit A**

b. The author of the NOTE falsely and deceptively stated that I *had received* a loan when, in fact, no loan had been received by me,

c. The only thing that commenced on the date the NOTE was signed was the execution of the NOTE wherein a promise of a payment was made,

d. No lawful consideration was given for the Note to me, s a result the transaction was never consummated.

e. I have become aware of the facts stated herein on or about April of 2015, and

6.     On April 18, 2015, I exercised my unconditional right pursuant to Truth in Lending Act ("TILA") I mailed via Certified mail a Notice of Rescission to the following parties a/k/a/ defendants to effect the rescission and recall of loan documents:

Ogden Ragland Mortgage
1601 W 6th Street
4400 Alpha Road
Austin, TX 78703
Sent via Certified RR Mail No.: 70132630000032263703

Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102-3110
Sent via Certified RR Mail No.: 70122920000142311838

Mortgage Electronic Registration Systems, Inc.
P.O. Box 2026
Flint, MI 48501-2026
Sent via Certified RR Mail No.: 70122920000142311814

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240
Sent via Certified RR Mail No.: 70122920000142311821

Caliber Home Loans, Inc.
c/o The Corporation Trust Company
1209 N Orange Street
Wilmington DE 19801-1120
Sent via Certified RR Mail No.: 70122920000142311838

**Exhibit A**

7.     The Notice of Rescission was received by parties from April 18, 2015 to April 24, 2015, as indicated by the USPS.com tracking information (See Exhibit B)

8.     The Notice was issued by operation of law, defendants had 20 days after receipt of the Notice to challenge the Notice and its content by filing a law suit.

9.     Defendants failed to take action to challenge the Notice and its content pursuant to TILA requirements and therefore waived their right to a hearing on the Notice in the court of law.

10.    As a result of the failure of defendants' to timely challenge the Notice this court has no authority to address the Notice or any content thereof or make any attempt to nullify the Notice in violation of Federal Law.

11.    The rescission is effective by <u>operation of law</u> from the moment it is dropped in the mailbox, and has the same effect as a judge signing a court order canceling the loan.

12.    The loan documents including the note and the Deed of Trust have been rescinded. The Deed of Trust is void.

I affirm that the foregoing statements made in this declaration are true to the best of my knowledge and belief.


By: _Bryan W. Wilder_
    Bryan W. Wilder

<div style="border:1px solid; display:inline-block;">**Exhibit A**</div>

1
## JURAT

2

3
    STATE OF TEXAS     )

4
                            ) ss.:
    COUNTY OF DALLAS   )

5

6
On February 16th, 2016 before me, _____*Shari Shields*_____

7
                                       Notary Name
personally appeared Bryan W. Wilder who proved to me on the basis of satisfactory evidence to

8
be the man/woman whose name is subscribed to the within instrument and acknowledged to me
that he/she executed the same in his / her authorized capacities, and that by his/her signatures on

9
the instrument the persons, or the entity upon behalf of which the persons acted, executed the

10
instrument under the penalty of perjury.

11

12

13
Signature _____*Shari Shields*_____ (Seal)

14

                                              SHARI SHIELDS
                            Notary Public, State of Texas
                            My Commission Expires
                              January 9, 2018

15

16

17

18

19

20

21

22

23

24

25

26

                                          **Exhibit A**

English          Customer Service          USPS Mobile                                        Register / Sign In

# ☒USPS.COM®

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70122920000142311838**

**Updated Delivery Day: Wednesday, April 22, 2015**

## Product & Tracking Information                          Available Actions

**Postal Product:**                 **Features:**
First-Class Mail®                   Certified Mail™          Return Receipt

| DATE & TIME | : | STATUS OF ITEM | LOCATION |
|---|---|---|---|
| **April 22, 2015 , 6:45 am** | | Delivered | **WILMINGTON, DE 19801** |

Your item was delivered at 6:45 am on April 22, 2015 in WILMINGTON, DE 19801.

| | | | |
|---|---|---|---|
| April 21, 2015 , 12:29 pm | | Available for Pickup | WILMINGTON, DE 19899 |
| April 21, 2015 , 11:44 am | | Arrived at Unit | WILMINGTON, DE 19801 |
| April 20, 2015 , 7:12 pm | | Departed USPS Facility | WILMINGTON, DE 19850 |
| April 20, 2015 , 7:28 am | | Arrived at USPS Origin Facility | WILMINGTON, DE 19850 |
| April 20, 2015 , 1:26 am | | Departed USPS Facility | NTX P&DC |
| April 18, 2015 , 11:21 pm | | Arrived at USPS Facility | NTX P&DC |
| April 18, 2015 , 5:56 pm | | Departed Post Office | DALLAS, TX 75260 |
| April 18, 2015 , 3:23 pm | | Acceptance | DALLAS, TX 75260 |

## Track Another Package

**Tracking (or receipt) number**

| 70122920000142311838 | Track It |
|---|---|

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



---

## Exhibit B

English          Customer Service          USPS Mobile                                    Register / Sign In

**≋USPS.COM**®

# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70132630000032263710**

On Time
**Expected Delivery Day: Tuesday, April 21, 2015**

## Product & Tracking Information                    Available Actions

**Postal Product:**                   **Features:**
First-Class Mail®                     Certified Mail™        Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 21, 2015 , 9:05 am** | **Delivered** | **MC LEAN, VA 22102** |

Your item was delivered at 9:05 am on April 21, 2015 in MC LEAN, VA 22102.

| | | |
|---|---|---|
| April 21, 2015 , 8:20 am | Sorting Complete | MC LEAN, VA 22102 |
| April 21, 2015 , 6:52 am | Arrived at Unit | MC LEAN, VA 22102 |
| April 21, 2015 , 2:46 am | Departed USPS Facility | MERRIFIELD, VA 22081 |
| April 20, 2015 , 9:44 am | Arrived at USPS Origin Facility | MERRIFIELD, VA 22081 |
| April 20, 2015 , 1:26 am | Departed USPS Facility | NTX P&DC |
| April 18, 2015 , 11:21 pm | Arrived at USPS Facility | NTX P&DC |
| April 18, 2015 , 5:56 pm | Departed Post Office | DALLAS, TX 75260 |
| April 18, 2015 , 3:22 pm | Acceptance | DALLAS, TX 75260 |

## Track Another Package                    Manage Incoming Packages

**Tracking (or receipt) number**                 Track all your packages from a dashboard.
                                                 No tracking numbers necessary.

70132630000032263710                  Track It      **Sign up for My USPS ›**



**Exhibit B**

**≋USPS.COM**®

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70122920000142311821**

**Updated Delivery Day: Friday, April 24, 2015**

## Product & Tracking Information                    Available Actions

**Postal Product:**                **Features:**
First-Class Mail®                  Certified Mail ™          Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 23, 2015 , 10:57 am** | **Delivered** | **COLUMBUS, OH 43240** |

Your item was delivered at 10:57 am on April 23, 2015 in COLUMBUS, OH 43240

| | | |
|---|---|---|
| April 23, 2015 , 10:53 am | Arrived at Unit | WESTERVILLE, OH 43082 |
| April 22, 2015 , 10:10 pm | Departed USPS Origin Facility | COLUMBUS, OH 43218 |
| April 22, 2015 , 10:59 am | Arrived at USPS Origin Facility | COLUMBUS, OH 43218 |
| April 20, 2015 , 1:26 am | Departed USPS Facility | NTX P&DC |
| April 18, 2015 , 11:21 pm | Arrived at USPS Facility | NTX P&DC |
| April 18, 2015 , 5:56 pm | Departed Post Office | DALLAS, TX 75260 |
| April 18, 2015 , 3:25 pm | Acceptance | DALLAS, TX 75260 |

## Track Another Package

Tracking (or receipt) number

| 70122920000142311821 | Track It |
|---|---|

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



**Sign up for My USPS ›**

Exhibit B

English          Customer Service          USPS Mobile                                           Register / Sign In

**≥USPS.COM**®

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70122920000142311814**

**Updated Delivery Day: Thursday, April 23, 2015**

## Product & Tracking Information

**Available Actions**

**Postal Product:**          **Features:**
First-Class Mail®           Certified Mail™          Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 24, 2015 , 11:56 am** | **Delivered** | **FLINT, MI 48501** |

Your item was delivered at 11:56 am on April 24, 2015 in FLINT, MI 48501.

| | | |
|---|---|---|
| April 23, 2015 , 7:56 am | Out for Delivery | FLINT, MI 48502 |
| April 23, 2015 , 7:46 am | Sorting Complete | FLINT, MI 48502 |
| April 23, 2015 , 7:37 am | Arrived at Unit | FLINT, MI 48502 |
| April 22, 2015 , 11:10 pm | Departed USPS Facility | PONTIAC, MI 48340 |
| April 22, 2015 , 2:06 pm | Arrived at USPS Origin Facility | PONTIAC, MI 48340 |
| April 20, 2015 , 1:26 am | Departed USPS Facility | NTX P&DC |
| April 18, 2015 , 11:21 pm | Arrived at USPS Facility | NTX P&DC |
| April 18, 2015 , 5:56 pm | Departed Post Office | DALLAS, TX 75260 |
| April 18, 2015 , 3:25 pm | Acceptance | DALLAS, TX 75260 |

## Track Another Package

**Tracking (or receipt) number**

70122920000142311814                                      Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



**Exhibit B**