**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **BRYAN W. WILDER,** ) | |
| Plaintiff, ) | |
| v. ) | No. 3:15-CV-4013-N (BF) |
| **CALIBER HOME LOANS, INC., et al.,** ) | |
| Defendants. ) | |

**PRETRIAL SCHEDULING ORDER**

The District Court referred this case to the United States Magistrate Judge for Pretrial Management. Pursuant to Federal Rules of Civil Procedure 16(b) and 26, the local civil rules of the District Court (except as modified herein), and the District Court's Civil Justice Expense and Delay Reduction Plan, the Court enters this Pretrial Scheduling Order. Unless otherwise ordered or specified herein, all limitations and requirements of the Federal Rules of Civil Procedure, as amended, must be observed. The District Court will set the pretrial and trial schedule.

1. **Joinder of Parties, Amendment of Pleadings, and Other Preliminary Matters:** By **April 15, 2016,** all motions requesting joinder of additional parties, amendments of pleadings, and other preliminary relief shall be filed. Motions for leave to amend need not be filed so long as the amendment is filed within the deadline set in this paragraph.

2. **Completion of Discovery:** By **July 15, 2016, all discovery** shall be completed.

3. **Dispositive Motions:** All motions that would dispose of all or any part of this case, including motions for **summary judgment,** shall be filed by **September 16, 2016.** The inclusion of a dispositive motion deadline does not mean that the parties can file more than one motion for summary judgment.

4. Under Local Rule 7.1, unless otherwise directed by the Court, Responses to Motions must be filed within twenty-one days from the date the Motion is filed. Replies are to be filed within fourteen days from the date the Response is filed. If the due date falls on a Saturday, Sunday, or federal holiday, the Response or Reply is due on the next business day. Federal Rule 6(e), which provides that "[w]henever a party has the right or is required to do some act . . . within a prescribed period after the service of a notice or other paper

upon the party and the notice or paper is served upon the party by mail, 3 days shall be added to the prescribed period," does not apply to Response or Reply due dates, which are calculated under Local Rule 7.1 according to the Motion or Response's filing date, not the date of service. If a party is unaware of the filing date of a Motion or Response, the party may contact the Clerk to ascertain that information.

**SO ORDERED**, this 24th day of February, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE