UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRYAN W. WILDER,** | ) |
| Plaintiff, | ) |
| v. | ) No. 3:15-CV-4013-N (BF) |
| **OGDEN RAGLAND MORTGAGE, et al.,** | ) |
| Defendants. | ) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Caliber Home Loans, Inc. and Federal Home Loan Mortgage Corporation a/k/a Freddie Mac's Motion to Dismiss [ECF No. 5] is **GRANTED** and Bryan W. Wilder's Motion to Strike Defendants' Motion and Defenses [ECF No. 11] is **DENIED**.

**SO ORDERED** this 22nd day of August, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE