UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRYAN W. WILDER,           ) | |
|    Plaintiff,           ) | |
| v.           ) | No. 3:15-CV-4013-N (BF) |
| OGDEN RAGLAND MORTGAGE, et al.,           ) | |
|    Defendants.           ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Connie J. Vandergriff's Motion to Dismiss [ECF No. 25] is **GRANTED**, and Plaintiff Bryan W. Wilder's Motion to Strike [ECF No. 35] is **DENIED**.

**SO ORDERED** this 17th day of March, 2017.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE