UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRYAN W. WILDER, ) | |
|     Plaintiff, ) | |
| v. ) | No. 3:15-CV-4013-N (BF) |
| OGDEN RAGLAND MORTGAGE, et al., ) | |
|     Defendants. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff Bryan W. Wilder's Request to Enter Default and Subsequently Default Judgment Against Defendant [ECF No. 57], and Motion to Strike Defendant's Motion to Dismiss as Untimely [ECF No. 60] are **DENIED**.

**SO ORDERED** this 16th day of January, 2018.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE